

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rodney Brooks | Civil Action No. 11cv2833-MMA-MDD |
| Plaintiff, | |
| V. | |
| Fernando Gonzalez | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Petitioner's Petition for Writ of Habeas Corpus is Denied and the Court Declines to issue a certificate of appealability.

Date: 3/4/14

CLERK OF COURT
JOHN MORRILL, Acting Clerk of Court
By: s/ V. Mosqueda
V. Mosqueda, Deputy